IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **ERIC RUCKER**<br>**ADC #181192** | **PLAINTIFF** |
| v.     Case No: 4:22-CV-01199-LPR | |
| **FAULKNER COUNTY**<br>**SHERIFF'S OFFICE** | **DEFENDANT** |

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD and careful consideration of the case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court recommends, in the future, that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 9th day of November 2023.

                                                            LEE P. RUDOFSKY
                                                           UNITED STATES DISTRICT JUDGE

---

[1] Doc. 6.